# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Wells Fargo Bank, N.A.,

   Plaintiff,

vs.

Habesha Holdings, LLC, et al.,

   Defendants.

Case No.  2:20-cv-01903-RFB-BNW

**ORDER**

  Upon plaintiff's motion at ECF No. 14, the Court set this matter for a December 21, 2020 scheduling conference. This is an interpleader case, which means plaintiff's motion was consistent with LR 22-1's mandate to move for a scheduling conference "within 30 days after the first defendant answers or otherwise appears."  However, to avoid the time and expense of requiring the parties to appear for a hearing, the court will order the parties to meet and confer and to file a proposed discovery plan and scheduling order within 21 days from the date of this order.  If the court's assistance in setting a discovery plan is required, the parties should indicate that in the proposed discovery plan and scheduling order.  For now,

  IT IS ORDERED that the December 21, 2020 scheduling conference is VACATED.

  DATED: December 17, 2020.

_____
**Brenda Weksler**
**United States Magistrate Judge**