MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
REX D. GARNER (9401)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Ste. 700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
rgarner@foxrothschild.com

AMY S. RUBIN *(admitted pro hac vice)*
**FOX ROTHSCHILD LLP**
777 South Flagler Drive, Ste. 1700
West Tower
West Palm Beach, Florida 33401
(561) 835-9600 tel
(561) 835-9602 fax
arubin@foxrothschild.com
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HABESHA HOLDINGS, LLC, a Nevada limited liability company, and CHRISTOPHER YOUNG, a Colorado resident, DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No.:  2:20-cv-01903-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES ON PENDING MOTIONS (FIRST REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Habesha Holdings, LLC ("Habesha") (together the "Parties"), by and through their undersigned counsel, as follows:

1. On February 19, 2021, Habesha filed a Motion for Default Judgment [ECF No. 35], and a Motion for an Order Disqualifying Kevin Sutehall, Esq. as Counsel for Plaintiff [ECF No. 36] (the "Motions").

2. A hearing on Habesha's Motion to Disqualify Counsel is set for April 23, 2021 at 11:00 a.m.

3. The deadline for Wells Fargo to respond to Habesha's Motions is March 5, 2021.

4. The Parties have agreed to extend the deadline for Wells Fargo to respond to the Motions by 14 days, up to and including March 19, 2021 to file responses.

5. This request is not intended to cause delay or prejudice any party.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties that the time for Wells Fargo to respond to Habesha's Motion for Default Judgment and Motion for an Order Disqualifying Kevin Sutehall, Esq., as Counsel for Plaintiff is extended to March 19, 2021.

| | |
|---|---|
| DATED this 1st day of March, 2021. | DATED this 1st day of March, 2021. |
| **FOX ROTHSCHILD LLP** | **ANGULO LAW GROUP, LLC** |
| /s/ Rex D. Garner | /s/ Peter M. Angulo |
| MARK J. CONNOT (10010)<br>KEVIN M. SUTEHALL (9437)<br>REX D. GARNER (9401)<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>mconnot@foxrothschild.com<br>ksutehall@foxrothschild.com<br>rgarner@foxrothsahild.com<br>*Attorneys for Plaintiff Wells Fargo Bank, N.A.* | PETER M. ANGULO (3672)<br>5545 S. Mountain Vista St., Ste. F<br>Las Vegas, Nevada 89120<br>pangulo@mvlawgrp.com<br>*Attorneys for Defendant Habesha Holdings, LLC* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 2nd day of March, 2021.