PETER M. ANGULO, ESQ.
ANGULO LAW GROUP, LLC
5545 S. Mountain Vista St., Suite F
Las Vegas, NV 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
pangulo@angulolawgroup.com
*Attorney for Defendant Habesha Holdings, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HABESHA HOLDINGS, LLC, a Nevada limited liability company, and CHRISTOPHER YOUNG, a Colorado resident, DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01903-RFB-BNW <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES ON FILING REPLIES TO PENDING MOTIONS (ECF NOS. 35, 36)** <br><br> **(FIRST REQUEST)** |
| AND RELATED COUNTERCLAIM. | |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Habesha Holdings, LLC ("Habesha") (together the "Parties"), by and through their undersigned counsel, as follows:

1. On February 19, 2021, Habesha filed a Motion for Default Judgment [ECF No. 35], and a Motion for an Order Disqualifying Kevin Sutehall, Esq., as Counsel for Plaintiff [ECF No. 36] (the "Motions").

2. A hearing on Habesha's Motion to Disqualify Counsel is set for April 23, 2021 at 11:00 a.m.

3. The deadline for Wells Fargo to respond to Habesha's Motions is March 5, 2021.

4. The Parties agreed to extend the deadline for Wells Fargo to respond to the Motions by 14 days, up to and including March 19, 2021 to file responses—which this Court approved.

5. Those Responses were filed and Replies were scheduled to be due March 26, 2021.

6. The parties have agreed to extend the time to file any Replies to the two pending motions for two weeks—making Replies, if any, due by April 9, 2021.

7. This request is not intended to cause delay or prejudice any party.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties that the time for Wells Fargo to prepae and file any Replies to Habesha's Motion for Default Judgment and Motion for an Order Disqualifying Kevin Sutehall, Esq., as Counsel for Plaintiff is extended to April 9, 2021.

DATED this 26th day of March, 2021.

**FOX ROTHSCHILD LLP**

/s/ Rex D. Garner
MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
REX D. GARNER (9401)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
rgarner@foxrothsahild.com
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

DATED this 26th day of March, 2021.

**ANGULO LAW GROUP, LLC**

/s/ Peter M. Angulo
PETER M. ANGULO (3672)
5545 S. Mountain Vista St., Ste. F
Las Vegas, Nevada 89120
pangulo@mvlawgrp.com
*Attorneys for Defendant Habesha Holdings, LLC*

IT IS FURTHER ORDERED that any additional request for stipulation to continue on [36] MOTION for An Order Disqualifying will be before Magistrate Judge Brenda Weksler.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of March, 2021.

Page 2 of 2

120010665.v1