PETER M. ANGULO, ESQ.
ANGULO LAW GROUP, LLC
5545 S. Mountain Vista St., Suite F
Las Vegas, NV 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
pangulo@angulolawgroup.com
Attorney for Defendant Habesha Holdings, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br> v. <br><br> HABESHA HOLDINGS, LLC, a Nevada limited liability company, and CHRISTOPHER YOUNG, a Colorado resident, DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01903-RFB-BNW <br><br> **JOINT STIPULATION TO WITHDRAW PENDING MOTION FOR AN ORDER DISQUALIFYING KEVIN SUTEHALL, ESQ., AS COUNSEL FOR PLAINTIFF (#36)** |
| HABESHA HOLDINGS, LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br> v. <br> WELLS FARGO BANK, N.A., <br><br> Counterdefendant. | |

COMES NOW Defendant, HABESHA HOLDINGS, LLC ("Habesha"), by and through its counsel of record, Peter M. Angulo, Esq., of the ANGULO LAW GROUP, LLC, and Plaintiff/Interpleader, WELLS FARGO BANK, N.A., by and through its counsel of record, Rex Garner, Esq. of FOX ROTHSCHILD LLP and hereby stipulate as follows:

Habesha and Wells Fargo have reached a negotiated resolution of this matter. As part of that resolution, Habesha has agreed to withdraw its pending Motion For An Order Disqualifying Kevin Sutehall, Esq., As Counsel For Plaintiff (#36) which is currently scheduled to be heard before the

1

Honorable United State Magistrate Judge Brenda Weksler on April 23, 2021 at 11:00 a.m. Accordingly, the parties ask the Court cancel the scheduled hearing and allow the withdrawal of this motion.

The remainder of the resolution will be dependent upon the anticipated Court's decision in the pending Motion for Default Judgment (#35) and will be the subject of a separate stipulation dismissing the pending Counterclaim with all parties bearing their respective attorney fees and costs.

DATED this _22_ day of April, 2021.

| FOX ROTHSCHILD LLP | ANGULO LAW GROUP, LLC |
|---|---|
| By _/s/ Rex Garner_<br>REX GARNER, ESQ.<br>1980 Festival Plaza Drive, #700<br>Las Vegas, Nevada 89135<br>Attorney for Wells Fargo Bank, N.A. | By _/s/ Peter M. Angulo_<br>PETER M. ANGULO, ESQ.<br>5545 S. Mountain Vista St., Suite F<br>Las Vegas, NV 89120<br>Attorney for Habesha Holdings, LLC |

IT IS SO ORDERED THIS _23_ DAY OF APRIL, 2021.

_____
UNITED STATES MAGISTRATE JUDGE