AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Wells Fargo Bank, N.A.,

      Plaintiff,

v.

Habesha Holdings, LLC, Christopher Young,

      Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01903-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered against Defendant Christopher Young. The Court further DECLARES that Defendant Young has no legal right or interest in the interpleader funds.

8/30/2021
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk