1  MARK J. CONNOT (10010)
   REX D. GARNER (9401)
2  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Drive, Ste. 700
3  Las Vegas, Nevada 89135
   (702) 262-6899 tel
4  (702) 597-5503 fax
   mconnot@foxrothschild.com
5  rgarner@foxrothschild.com

6  AMY S. RUBIN *(admitted pro hac vice)*
   **FOX ROTHSCHILD LLP**
7  777 South Flagler Drive, Ste. 1700
   West Tower
8  West Palm Beach, Florida 33401
   (561) 835-9600 tel
9  (561) 835-9602 fax
   arubin@foxrothschild.com
10 *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

11

12              **UNITED STATES DISTRICT COURT**

13                    **DISTRICT OF NEVADA**

14 | WELLS FARGO BANK, N.A.,                          | Case No.:  2:20-cv-01903-RFB-BNW |

15 |                    Plaintiff,                    |                                  |

16 |           v.                                     | **STIPULATION AND ORDER OF DISMISSAL** |

17 | HABESHA HOLDINGS, LLC, a Nevada limited liability company, and |  |
18 | CHRISTOPHER YOUNG, a Colorado resident, DOES I through X, inclusive; and |  |
19 | ROE BUSINESS ENTITIES I through X, inclusive, |  |
20 |                                                  |  |
   |                  Defendants.                     |  |
21

22 | AND RELATED COUNTERCLAIM. |

23

24      Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Habesha Holdings,

25 LLC ("Habesha") (together the "Parties"), by and through their undersigned counsel, and

26 consistent with their statement concerning resolution of this case in the stipulation filed as ECF

27 No. 48, and pursuant to the Court's minute order at ECF No. 56, now stipulate that all claims and

28

126663571

counterclaims between the parties be dismissed with prejudice, all parties bearing their own fees and costs.

The case can now be closed.

DATED this 29th day of September, 2021.

**FOX ROTHSCHILD LLP**

/s/ Rex D. Garner
MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
REX D. GARNER (9401)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
rgarner@foxrothsahild.com
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

DATED this th day of September, 2021.

**ANGULO LAW GROUP, LLC**

PETER M. ANGULO (3672)
5545 S. Mountain Vista St., Ste. F
Las Vegas, Nevada 89120
pangulo@mvlawgrp.com
*Attorneys for Defendant Habesha Holdings, LLC*

**IT IS SO ORDERED**

DATED:  September 30, 2021.

RICHARD E. BOULWARE, II
United States District Court